■ AMERICAN HOME ASSURANCE COMPANY v NATIONAL CASUALTY CO. [652 NYS2d 501] —Motion denied insofar as reargument is sought, and granted insofar as leave to appeal to the Court of Appeals is sought; motion seeking leave to appear as *amici curiae* is granted. The unpublished order of this Court entered on November 26, 1996 (M-3440/M-5216) is recalled and vacated. Concur—Milonas, J. P., Wallach, Ross and Mazzarelli, JJ.

■ AMERICAN HOME ASSURANCE COMPANY v INTERNATIONAL INSURANCE COMPANY. [652 NYS2d 501] —Motion denied insofar as reargument is sought, and granted insofar as leave to appeal to the Court of Appeals is sought; motions seeking leave to appear *amici curiae* are granted. The unpublished order of this Court entered on November 26, 1996 (M-3110/M-5212/M-5217) is recalled and vacated. Concur—Rosenberger, J. P., Ellerin, Kupferman, Nardelli and Mazzarelli, JJ.

■ 754 FIFTH AVENUE ASSOCIATES, L.P. v NEIMAN MARCUS GROUP. [652 NYS2d 501] —Leave to appeal to the Court of Appeals granted. The unpublished order of this Court entered on November 26, 1996 (M-6115) is recalled and vacated. Concur—Milonas, J. P., Ellerin, Rubin, Nardelli and Tom, JJ.